IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ORLANDO WILSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-18-C |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation ("R&R") on January 23, 2009, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

In his objection, Petitioner complains of several actions, inactions, and errors of various state courts. He does not address the substance of Judge Purcell's R&R. This Court finds that the facts and law are fairly and accurately set out in the R&R, and for the reasons stated therein, Petitioner is not entitled to relief.

Accordingly, the Court adopts the Report and Recommendation in its entirety and the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is construed as a 28 U.S.C. § 2241 petition and, so construed, the petition is DISMISSED IN PART without prejudice for failure to exhaust state remedies as to claims alleging a miscalculation of earned

credits, DISMISSED IN PART with prejudice as to state law claims, and otherwise DENIED.

IT IS SO ORDERED this 9th day of February, 2009.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge